RECEIVED
IN ALEXANDRIA, LA
JUN 27 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANNY RAY SHERMAN | CIVIL ACTION NO. 06-2355 |
| VS. | SECTION P |
| PAT BOOK, WARDEN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the District Courts.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27TH day of JUNE, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE